JAMES R. BEVANS, Appellant, v. WILLIAM F. HOGAN, Respondent.— In an action for a partnership accounting and other relief, plaintiff appeals from the judgment, entered at the close of the plaintiff's case, dismissing the complaint on the merits. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See *post*, p. 1078.]

■

JOHN CROCE et al., Respondents, v. HENRY FISCHER et al., Appellants, et al., Defendants.— In an action by the purchasers for specific performance of a contract for the purchase and sale of real property, and for other relief, the orders appealed from denied respective motions by appellants to dismiss the amended complaint, under rule 106, or in the alternative for judgment on the pleadings under rule 112 of the Rules of Civil Practice. Orders affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

■

LUCY FRAIOLI, Appellant-Respondent, v. THOMAS FRAIOLI, Respondent-Appellant.— In a separation action, judgment, which grants a separation for a period of two years and awards alimony, and order, denying plaintiff's motion for counsel fees, unanimously affirmed, without costs. Appeals from findings and conclusions dismissed, without costs. No opinion. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

■

JOSEPH GED, Respondent, v. AGNES GED, Appellant.— In an action by a husband for a divorce, wherein the wife counterclaims for a separation, defendant appeals from an order awarding alimony *pendente lite*, referring to the trial court the application for counsel fees and denying the motion for medical expenses, without prejudice to a renewal. Order affirmed, without costs. No opinion. Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ., concur.

■

In the Matter of the Arbitration between EMILY C. HAAS et al., Respondents, and CYPRESS HILLS CEMETERY, Appellant.— In an arbitration proceeding, order granting a motion to confirm an award and denying a cross motion to vacate said award, and the judgment entered thereon, unanimously affirmed, with one bill of costs to respondents. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Murphy, JJ.